38 A.3d 767

CITY OF SCRANTON,

v.

E.B. JERMYN LODGE NO. 2 OF THE FRATERNAL ORDER OF POLICE, the Pennsylvania Department of Community and Economic Development and the Pennsylvania Economy League Central PA, LLC, as the Act 47 Coordinator for the City of Scranton.

Petition of E.B. Jermyn Lodge No. 2 of
the Fraternal Order of Police.

City of Scranton, Respondent

v.

E.B. Jermyn Lodge No. 2 of the Fraternal
Order of Police, Petitioner.

Supreme Court of Pennsylvania.

Feb. 15, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 15th day of February, 2012, the Petitions for Allowance of Appeal are **GRANTED.** The orders of the Commonwealth Court are **VACATED** and this case is **RE-MANDED** pursuant to this Court's decision in *City of Scranton v. Firefighters Local Union No. 60,* 612 Pa. 23, 29 A.3d 773 (2011).